# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SCP DISTRIBUTORS LLC,

      Plaintiff,

v.                                                Case No:   6:24-cv-257-ACC-LHP

USA WILDCAT INVESTMENT
GROUP, LLC and RANDALL
JOHNSON,

      Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** SCP DISTRIBUTORS LLC'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT, RANDALL JOHNSON (Doc. No. 10)
>
> **FILED:** April 2, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

---

[1] The Court notes that the motion fails to comply with Local Rule 3.01(a). Going forward, counsel is cautioned that future motions that fail to comply with all applicable Federal Rules of Civil Procedure, Local Rules, and/or Court Orders may be stricken or

Upon review of the motion and the return of service (Doc. No. 9), the Court finds the motion well taken, and that Defendant Randall Johnson has been properly served. *See generally United States v. Donald*, Case No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served). Accordingly, the motion (Doc. No. 10) is **GRANTED**, and the Clerk of Court is **DIRECTED** to enter default against Defendant Randall Johnson.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

summarily denied without further notice.