UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCP DISTRIBUTORS LLC,

    Plaintiff,

v.                                          Case No:   6:24-cv-257-ACC-LHP

USA WILDCAT INVESTMENT
GROUP, LLC and RANDALL
JOHNSON,

    Defendants

---

ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** SCP DISTRIBUTORS LLC'S RENEWED MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST USA WILDCAT INVESTMENT GROUP, LLC, AND MEMORANDUM OF LAW (Doc. No. 15)
>
> **FILED:** May 1, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff has filed an Amended Return of Service stating that Defendant USA Wildcat Investment Group, LLC was served with a copy of the summons and

complaint by serving Suzanne Johnson, as wife of the registered agent, Defendant Randall Johnson, at a residential address.  Doc. No. 8.  Defendant USA Wildcat Investment Group, LLC has not appeared in this matter, or otherwise timely responded to the complaint.  See Fed. R. Civ. P. 12(a)(1)(A)(i).

Accordingly, upon consideration that the address provided for the registered agent was a residential address, see Doc. No. 15-1, Plaintiff's Renewed Motion for Entry of Clerk's Default Against USA Wildcat Investment Group, LLC (Doc. No. 15) is **GRANTED**.  See Fed. R. Civ. P. 4(e)(1); Fla. Stat. §§ 48.062(5)(a), 48.031(1)(a); *Adan v. Bermudez*, No. 1:19-CV-20825-KMM, 2019 WL 13237715, at *2 (S.D. Fla. May 22, 2019); see also generally *Estes Express Lines v. Coverlex, Inc.*, No. 8:19-cv-467-CEH-AEP, 2021 WL 3712965, at *4 (M.D. Fla. Aug. 3, 2021), *report and recommendation adopted*, 2021 WL 3709639 (M.D. Fla. Aug. 20, 2021) ("[A] signed return of service provides *prima facie* evidence of proper service." (citations omitted)).  The Clerk of Court is **DIRECTED** to enter default against Defendant USA Wildcat Investment Group, LLC.

**DONE** and **ORDERED** in Orlando, Florida on May 6, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

- 3 -

Counsel of Record
Unrepresented Parties