**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SCP DISTRIBUTORS LLC,**

      **Plaintiff,**

v.                                                 Case No.  6:24-cv-257-ACC-LHP

**USA WILDCAT INVESTMENT GROUP, LLC and RANDALL JOHNSON,**

      **Defendants.**

---

**ORDER**

This cause is before the Court on Plaintiff SCP Distributors LLC's Motion for Default Judgment on Writ of Garnishment and Turnover of Funds on Writ of Garnishment to JP Morgan Chase Bank, N.A. as to Randall Johnson (Doc. 74) filed on June 9, 2025. Magistrate Judge Hoffman Price has submitted a Report and Recommendation (Doc. 75) recommending that the Motion be GRANTED and the Court enter a final judgment in favor of Plaintiff and against JP Morgan Chase Bank, N.A. in the amount of $14,049.79 and to order JP Morgan to deliver said funds by a date certain to Plaintiff.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 28, 2025 (Doc. 75), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff SCP Distributors LLC's Motion for Default Judgment on Writ of Garnishment and Turnover of Funds on Writ of Garnishment to JP Morgan Chase Bank, N.A. as to Randall Johnson (Doc. 74) filed on June 9, 2025 is **GRANTED**.

3. Judgment is entered in favor of Plaintiff and against JP Morgan Chase Bank, N.A. in the amount of $14,049.79.

4. JPMorgan Chase Bank, N.A. is **ORDERED** to deliver said funds by Friday, September 12, 2025 to Plaintiff, payable to the "Fox Rothschild, LLP Trust Account," c/o Plaintiff's counsel, Selene C. Vazquez, Esq., Fox Rothschild LLP, 777 South Flagler Drive, Suite 1700, West Tower, West Palm Beach, FL 33401.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 14, 2025.

/s/ Anne C. Conway
Anne C. Conway
United States District Judge

Copies furnished to:

Counsel of Record